## No. 5715.

### STODDARD HOWELL VS. CITY OF NEW ORLEANS.

This is an injunction suit to restrain an execution obtained on a tax-judgment in favor of the city against the defendant. The grounds are that the property was not legally or properly assessed; that the defendant was not cited; and that the evidence did not authorize the judgment. Except as to the alleged want of citation, the objections are not grounds for an injunction. The errors should have been corrected before the judgment became *res judicata.*

But on the trial of the injunction no evidence was adduced to prove a want of citation.

APPEAL from the Superior District Court, parish of Orleans. *Hawkins,* J. *George L. Bright,* for plaintiff and appellee. *Samuel P. Blanc,* for defendant and appellant.

LUDELING, C. J. This is an injunction suit to restrain an execution obtained on a tax-judgment in favor of the city against the defendant. The grounds for the injunction are that the property was not legally and properly assessed; that defendant was not cited; and that the evidence did not authorize the judgment. Except as to the alleged want of citation, the objections are not grounds for an injunction; the errors should have been corrected before the judgment became *res judicata.*

But on the trial of the injunction no evidence was adduced to prove a want of citation, nor have the alleged irregularities in the proceedings since the judgment been proved.

50

It is therefore ordered that the judgment of the lower court be reversed, and that there be judgment in favor of the defendant and against the plaintiff and the surety on the injunction bond *in solido* for twenty per cent on the amount of the judgment enjoined, and costs, and that the injunction be dissolved.

MORGAN, J., *dissenting.* I can find no evidence that there was any citation of any kind served on the defendant, or that he was brought into court under any of the forms required by law. I therefore dissent.